**Order filed June 4, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00243-CV
_____

### DIANA GORDON OFFORD, WINTER GORDON, JR. AND JOYCE STEIN, Appellants

### V.

### PURPLE MARTIN LAND COMPANY, LLC, Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-225272**

---

## O R D E R

The clerk's record was filed April 15, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain "Order Denying Defendants' Motion for Reconsideration and Supplemental Motion to Dismiss and Motion for Reconsideration" signed February 21, 2019.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before June 18, 2019, containing the "Order Denying Defendants' Motion for Reconsideration and Supplemental Motion to Dismiss and Motion for Reconsideration" signed February 21, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM